JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JADE MILLS, an individual, and
ADAM MILLS, an individual,

               Plaintiffs,

   v.

SAFECO INSURANCE COMPANY
OF AMERICA, a New Hampshire
corporation; ALLCAT CLAIMS L.P.;
and DOES 1 through 100, inclusive,

               Defendants.

Case No. 5:25-CV-00374-JGB-SPx

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

     Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety with prejudice, each side to bear her, his, and its own costs and attorneys' fees.

     **IT IS SO ORDERED.**

Dated: _March 18, 2026_____

_____
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

---

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

205872040.v1